**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OVIDIO A. DEANDRADE<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC;<br>EQUIFAX<br>INFORMATION SERVICES, LLC;<br>and KEYBANK USA;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 04-534-S |

**RESPONSE TO MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE BY ATTORNEY LEWIS P. PERLING**

The Plaintiff, via counsel, reluctantly states his objection to the Motion To Appear Pro Hac Vice filed by Lewis P. Perling on behalf of Equifax. The undersigned believes that he has an ethical obligation to bring the issues raised herein to the attention of the Court.

The certification in support of his admission to practice before the Rhode Island District Court is misleading and patently false. Mr. Perling claims to "never have been sanctioned by any court". This representation is contradictory to sanctions imposed against Mr. Perling in the case of Moore vs. CSC Credit Services Inc, 02-303 pending in the Texas Federal District Court. Attached hereto is a copy of a transcript of a motion to compel in that proceeding held before the Honorable T. John Ward of the United States District Court of Texas. On January 13, 2004, Judge Ward personally sanctioned and scolded Mr. Perling with scathing comments for utterly abusive discovery practices and disregard for the Federal Rules of Evidence in that Court. This occurrence should have been brought to the attention of this Court when the application to appear

pro hac vice was filed . Obviously, the Plaintiff has some concerns about Mr. Perling being permitted to practice before this Court especially in light of the failure to bring this matter to the attention of the Court.

Ovidio A. DeAndrade
By his Attorney,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)