UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OVIDIO A. DEANDRADE | : | |
| | : | |
| v. | : | C.A. No. 04-534-S |
| | : | |
| TRANS UNION, LLC | : | |
| EQUIFAX INFORMATION SERVICES, LLC | : | |
| and KEYBANK USA | : | |

**ENTRY OF APPEARANCE OF JEFFREY K. TECHENTIN**

I hereby enter my appearance on behalf of the Defendant Equifax Information Services, LLC, with regard to the above-captioned case.

Respectfully submitted,

Jeffrey K. Techentin (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone: (401) 274-7200
Fax: (401) 751-0604/351-4607
Dated: June 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2005, I caused to be served the within **Entry of Appearance of Jeffrey K. Techentin** on the following, via First Class Mail, postage prepaid:

**Christopher M. Lefebvre**
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02860

**Ian C. Ridlon**
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

**Kevin C. Glavin**
Cutcliffe Gavin & Archetto
155 South Main Street
Suite 300
Providence, RI 02903

**Conrad M. Cutcliffe**
Cutcliffe Glavin & Archetto
155 South Main Street
Suite 300
Providence, RI 02903-0290

**Bruce S. Luckman**
Kogan, Trichon, & Wertheimer, P.C.
1818 Market Street
30th Floor
Philadelphia, PA 19103

[signature]

*335511_1.doc*