UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-534S** **DATE: June 27, 2005**

**TITLE: OVIDIO DEANDRADE v. TRANS UNION CORPORATION, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Christopher Lefebvre**

**Defendant: Jeffrey Techentin**

**************************************************************************

**Proceedings: Defendant's Motion to Appear Pro Hac Vice**

**All counsel of record present. Plaintiff responds to the motion and requests counsel fees. Defendant argues motion to appear pro hac vice. Mr. Perling addresses the court regarding his motion to appear pro hac vice. Ms. McCray addresses the court regarding Mr. Perling's motion. Court takes matter under advisement.**