IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OVIDIO A. DEANDRADE,<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-534S |
| TRANS UNION, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC<br>And KEYBANK USA,<br>Defendants. | : | |

RECEIVED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION OF DISMISSAL**
**AS TO DEFENDANT KEY BANK, USA**

The parties hereby agree and stipulate that the Plaintiff, Ovido DeAndrade, dismisses Defendant Key Bank, USA from the above-captioned matter, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Each party further agrees that it shall be responsible for its own costs and fees incurred in this matter.

OVIDO DeANDRADE

By His Attorney,

Christopher M. Lefebvre (#4019)
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (Fax)

Dated: 6/13/05, 2005

KEY BANK, USA.

By Its Attorneys,

Ian C. Ridlon (#5524)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: 6/15, 2005

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/29/05

P124161.1

SCANNED

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2005, I mailed a true copy of the within Stipulation of Dismissal via first-class mail, postage prepaid to:

Christopher M. Lefebvre, Esq.
Family and Consumer Law Center
Two Dexter Street, P.O. Box 479
Pawtucket, RI 02862

Conrad M. Cutcliffe, Esq.
Kevin Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903-2963

Paul V. Curcio, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, Suite 700
Providence, RI 02903

Bruce S. Luckman, Esq.
Kogan, Trichon & Wertheimer, P.C.
1818 Market Street, 30th Fl.
Philadelphia, PA 19103

Collette R. Palmer