UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OVIDIO A. DEANDRADE | : | |
| | : | |
| v. | : | C.A. No. 04-534-S |
| | : | |
| TRANS UNION, LLC | : | |
| EQUIFAX INFORMATION SERVICES, LLC | : | |
| and KEYBANK USA | : | |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant Equifax Information Services LLC ('Equifax") hereby moves that Mara McRae be admitted **PRO HAC VICE** in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. The case involves the following complex area of the law, in which Equifax's counsel specializes: Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

2. Equifax's counsel's long-standing representation of the client Equifax Information Services LLC.

Ms. McRae's Certification for Pro Hac Vice Admission is attached hereto.

Respectfully submitted,

Paul V. Curcio

Paul V. Curcio(#1965)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone: (401) 274-7200
Fax: (401) 751-0604/351-4607
Dated: 6/24/05

334283_1.doc

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Georgia and of the following Federal District and/or Court of Appeals Bar(s),) Georgia Court of Appeals, Georgia Supreme Court, United States District Court, Northern District of Georgia, 4th, 5th, 6th and 11th Circuit Court of Appeals and United States Supreme Court, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Mara McRae

Mara McRae
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Tel# 404-815-6574 Fax# 404-541-3303

Paul V. Curcio, Local Associate Counsel
1965 -R.I. Bar ID #
Adler Pollock & Sheehan P.C.
2300 Financial Plaza, Povidence, RI 02903-2443
Tel# 401-274-7200 Fax# 401-751-0604

**ORDER:** This Motion is hereby Granted

U.S. District Judge
Date: 7/11/05