UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OVIDIO A. DEANDRADE<br><br>       Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br>EQUIFAX INFORMATION SERVICES,<br>LLC, and KEYBANK USA,<br><br>       Defendants. | C.A. No. 04-534S |

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on June 29 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant Equifax Information Services, LLC's Motion for Entry of Appearance Pro Hac Vice seeking the admission of Attorney Lewis P. Perling is GRANTED and the request of Plaintiff's counsel for attorney's fees is DENIED.

By Order,

/s/
Deputy Clerk

ENTER:

/s/
William E. Smith
United States District Judge

Date: 7/19/05