**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OVIDIO A. DEANDRADE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 04-534-S |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC and | ) | |
| EQUIFAX INFORMATION SERVICES, LLC; | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**

Now comes the Plaintiff in the above entitled matter and requests that the Court extend the January 31, 2005 discovery deadline through March 31, 2006. Though the parties have conducted depositions and exchanged written discovery additional time is needed to complete discovery and prepare the matter for trial. Counsel for the Plaintiff has conferred with defense counsel who do not oppose the relief requested herein.

**WHEREFORE,** Plaintiff prays that his motion be granted and that the discovery deadline be extended through March 31, 2006.

Respectfully submitted;

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax
Bar# 4019

## CERTIFICATION

I, the undersigned, do hereby certify that on the 31st day of January 2006, a true and accurate copy of within was mailed to:

Bruce S. Luckman
Timothy P. Creech
TRICHON, KOGAN,
& WERTHEIMER, P.C.
1818 Market St. 30th Floor
Philadelphia, PA 19103

Lewis Perling, Esq.,
Kilpatrick, Stockton LLP
1100 Peachtree Street,
Suite 2800
Atlanta, GA 30309