**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OVIDIO A. DEANDRADE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 04-534-S |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC and | ) | |
| EQUIFAX INFORMATION SERVICES, LLC; | ) | |
| Defendants. | ) | |

**UNOPPOSED AMENDED MOTION TO EXTEND DISCOVERY DEADLINE**

Now comes the Plaintiff in the above entitled matter and requests that the Court extend the January 31, 2005 discovery deadline through March 31, 2006. Though the parties have conducted depositions and exchanged written discovery additional time is needed to complete discovery and prepare the matter for trial. Counsel for the Plaintiff has conferred with defense counsel who do not oppose the relief requested herein.

**WHEREFORE,** Plaintiff prays that his motion be granted and that the discovery deadline be extended through March 31, 2006 and that the deadline to file the pre-trial order and dispositive motions be extended through April 21, 2006.

Respectfully submitted;

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax
Bar# 4019

GRANTED
William E. Smith
U.S. District Judge
2/6/06