**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OVIDIO A. DEANDRE,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC;<br>EQUIFAX INFO. SERVICES, LLC; and<br>KEYBANK USA;<br><br>Defendants. | ) | C.A. No: 04-534-S |

**CONSENT MOTION TO ADJOURN TRIAL**

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, and with the consent of plaintiff, moves this Honorable Court for a continuance of the April 11, 2006 trial calendar call and the May jury empanelment to June or later.

Trans Union has requested permission to file for summary judgment. The Court has scheduled a summary judgment conference for April 24, 2006. Trans Union seeks a continuance of the trial to allow the Court an opportunity to set a briefing schedule and hear the motion.

Counsel for plaintiff graciously consented to the request to continue the trial and trial calendar call, without prejudice to any rights and without waiving plaintiff's right to oppose summary judgment.

Respectfully submitted,

CONRAD M. CUTCLIFFE
KEVIN GLAVIN
CUTCLIFFE, GLAVIN & ARCHETTO
155 S. Main St., Suite 300
Providence, RI 02903-2963
(401) 454-1900; Fax: (401) 331-7001
Counsel for Trans Union

/s/

CHRISTOPHER M. LeFEBVRE
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02860
Lefeblaw@aol.com
Counsel for Plaintiff

*Of Counsel:*

MARK E. KOGAN
BRUCE S. LUCKMAN
TIMOTHY P. CREECH
KOGAN, TRICHON, & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688

*Counsel for Defendant,*
*Trans Union LLC*

DATED: April 7, 2006