UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OVIDIO A. DEANDRADE, CA No. 04-534S

Plaintiff

v.

TRANS UNION LLC,
EQUIFAX INFORMATION SERVICES LLC,
AND KEYBANK USA,

Defendants.

ORDER OF DISMISSAL

Pursuant to a written stipulation entered into between the parties hereto stating that the above-entitled action against defendant Equifax Information Services LLC ("Equifax"), has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the plaintiff against Equifax are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that each of the parties shall bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

This ___ day of __________, 2006.

______________________________
Judge of the District Court

ENTER WmM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/5/06

Ovidio A. Deandrade 3-29-06



9119606.1

CERTIFICATION

I hereby certify that a true and accurate copy of the within Stipulation of Dismissal With Prejudice was mailed via U. S. mail, postage prepaid/hand delivered to the following attorneys of record: Christopher M. Lefebvre, Esq., Law Offices of Claude Lefebvre & Sons, PO Box 479 Pawtucket, RI 02862, Lewis Perling, Esq., Kilpatrick Stockton LLP, Suite 2800 1100 Peachtree Street, Atlanta, GA 30309-4530, Conrad M. Cutcliffe, Esq., Cutcliffe Glavin & Archetto, 155 South Main Street, Suite 300, Providence, RI 02903, Bruce S. Luckman, Esq., Kogan, Trichon & Wertheimer, P.C., 1818 Market Street, 30th Floor, Philadelphia, PA 19103 and Ian C. Ridlon, Esq., Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903 on this 4th day of April, 2006.

Shelley L. Zimmerman