UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OVIDIO A. DEANDRADE, CA No. 04-534S

Plaintiff

v.

TRANS UNION LLC,
EQUIFAX INFORMATION SERVICES LLC,
AND KEYBANK USA,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the plaintiffs against defendant Equifax Information Services LLC ("Equifax") only, are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of plaintiff under his Complaint against Equifax has been fully settled and that the effect of this Stipulation will be to dismiss the entire action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This ___ day of March, 2006.

ENTER WSmm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/5/06

9119606.1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

OVIDIO A. DEANDRADE, CA No. 04-534S

Plaintiff

v.

TRANS UNION LLC,
EQUIFAX INFORMATION SERVICES LLC,
AND KEYBANK USA,

Defendants.

ORDER OF DISMISSAL

Pursuant to a written stipulation entered into between the parties hereto stating that the above-entitled action against defendant Equifax Information Services LLC ("Equifax"), has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the plaintiff against Equifax are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that each of the parties shall bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

This ___ day of __________, 2006.

______________________________
Judge of the District Court

Ovidio A. Deandrade 3-29-06



9119606.1

CERTIFICATION

I hereby certify that a true and accurate copy of the within Stipulation of Dismissal With Prejudice was mailed via U. S. mail, postage prepaid/hand delivered to the following attorneys of record: Christopher M. Lefebvre, Esq., Law Offices of Claude Lefebvre & Sons, PO Box 479 Pawtucket, RI 02862, Lewis Perling, Esq., Kilpatrick Stockton LLP, Suite 2800 1100 Peachtree Street, Atlanta, GA 30309-4530, Conrad M. Cutcliffe, Esq., Cutcliffe Glavin & Archetto, 155 South Main Street, Suite 300, Providence, RI 02903, Bruce S. Luckman, Esq., Kogan, Trichon & Wertheimer, P.C., 1818 Market Street, 30th Floor, Philadelphia, PA 19103 and Ian C. Ridlon, Esq., Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903 on this 4th day of April, 2006.

Shelley L. Zimmerman