**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| OVIDIO A. DEANDRE,<br><br>Plaintiff,<br>v.<br><br>TRANS UNION LLC;<br>EQUIFAX INFO. SERVICES, LLC; and<br>KEYBANK USA;<br><br>Defendants. | C.A. No: 04-534-S |

## CONSENT MOTION TO EXTEND MOTION DUE DATE

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, and with the consent of plaintiff, moves this Honorable Court for an extension to Friday, May 12, 2006 to file its motion for summary judgment.

Trans Union was granted permission to file for summary judgment and the Court set a due date of May 8, 2006.

Since that time, counsel for Trans Union has been engaged in responding to two motions for summary judgment in federal courts in Virginia. In addition, lead counsel for Trans Union has a family obligation which will require him to travel out of state Friday and through the weekend. As such, Trans Union's counsel has not had sufficient time to properly brief the motion and obtain a supporting affidavit.

Counsel for plaintiff graciously consented to the request to extend the time for Trans Union to file its motion for summary judgment. Trans Union, of course, will agree to a like extension for plaintiff to respond to the motion should he require time.

Respectfully submitted,

CONRAD M. CUTCLIFFE
KEVIN GLAVIN
CUTCLIFFE, GLAVIN & ARCHETTO
155 S. Main St., Suite 300
Providence, RI 02903-2963
(401) 454-1900; Fax: (401) 331-7001
Counsel for Trans Union

/s/

CHRISTOPHER M. LeFEBVRE
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02860
Lefeblaw@aol.com
Counsel for Plaintiff

*Of Counsel:*

MARK E. KOGAN
BRUCE S. LUCKMAN
TIMOTHY P. CREECH
KOGAN, TRICHON, & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688

*Counsel for Defendant,*
*Trans Union LLC*

DATED: May ~~3~~ 5, 2006