FILED
MAY 3 0 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OVIDIO A. DEANDRADE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 04-534-S |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND TIME**

Now comes the Plaintiff in the above entitled matter and requests that the Court extend the May 30, 2006 deadline to respond to the Defendant's Motion for Summary Judgment through June 12, 2006. Counsel for the Defendant does not oppose the request herein. The undersigned needs additional time to thoroughly address the complicated issues raised by the Defendant in its motion.

**WHEREFORE,** Plaintiff prays that his motion be granted and that his response deadline to the Defendant's Motion for Summary Judgment be extended through June 12, 2006. The undersigned hereby certifies, pursuant to L.R. 7.1, that counsel have conferred in an attempt to resolve or narrow the issues raised by this motion.

Respectfully submitted;

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax
Bar# 4019

GRANTED

William E. Smith
U.S. District Judge
5/31/06