**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **OVIDIO A. DEANDRADE,** | ) | |
| **Plaintiff,** | ) | **CIVIL NO. 04-534-S** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRANS UNION, LLC,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HIS OPPOSITION TO TRANS UNION, LLC.'S MOTION FOR SUMMARY JUDGMENT**

I Ovidio A. Deandrade, Plaintiff in the above entitled matter, upon oath hereby depose and state as follows:

1. I have reviewed the letter dated July 16, 2004 sent by my attorney to Trans Union and the accompanying Rhode Island Superior Court Amended Complaint and Exhibits A -F attached thereto totaling 49 pages which has been referenced by Trans Union in it's memorandum.

2. I authorized my attorney to send the above referenced letter to Trans Union. The Amended Complaint attached to the Declaration of Eileen Little referenced above is a true and accurate copy of the document which I authorized to be filed in the Rhode Island Superior Court. The allegations contained in the Amended Complaint are true and accurate to the best of my knowledge and belief.

3. The signatures on the Mortgage, Truth In Lending Disclosure, Note, Addendum To Promissory Note, Completion Certificate And Acknowledgment Of Right To Cancel, HUD-1 Statement, KeyBank First payment Form, Stage Funding and Disbursement Authorization Agreement, Affidavit Of Identity, Financial Privacy Notice and the Error And Omissions Compliance Agreement which are attached as Exhibit E to the Amended Complaint are all forgeries. The signatures purporting to be mine on each of the documents referenced above are not genuine.

4. I never authorized Nescor, it's agents or any individual at KeyBank to sign my name to any document most especially documentation placing a mortgage lien in favor of KeyBank on my residence.

5. I never appeared before any notary on August 21, 2002 to sign a mortgage document or any other document for that matter in relation to a transaction with KeyBank.

6. The attached **Exhibit 1** is a true and accurate copy of an affidavit and attachment signed by the alleged Notary, Linda A. Barletta admitting that she did have notarization privileges during the time when she supposedly witnessed the signatures of my wife and I in relation to the KeyBank loan documentation. This document was provided to Trans Union during the discovery period.

7. The attached **Exhibit 2** is a true and accurate copy of my responses to interrogatories that were propounded on me by Trans Union. The responses contained therein are true and accurate to the best of my knowledge and belief.

8. In late 2004 my wife and I tried to refinance our principle mortgage on our residence in an attempt to take advantage of the historically low market interest rates and to eliminate the PMI insurance premium assessed against me by my mortgage company. Prior to KeyBank reporting the derogatory information regarding the fraudulent loan, I had impeccable credit. In December of 2004 my mortgage broker told me that I had a credit score of 707 with Experian, who had removed the KeyBank account from my credit file, and a score of only 596 with Trans Union who was still reporting the fraudulent KeyBank account some 4 months after receiving my dispute letter. I was informed by my mortgage broker that the derogatory reporting of the KeyBank account was adversely affecting my ability to refinance my primary mortgage. The attached **Exhibit 3** is a true and accurate copy of documentation sent to my lawyer from my mortgage broker at Priority

Mortgage and provided to Trans Union in the discovery process.

9. The attached **Exhibit 4** is a true and accurate copy of the letter dated July 16, 2004 sent to Experian the same day as that sent to Trans Union and Experian's response dated August 6, 2004 indicating that they had removed the KeyBank account from my credit file. These documents were provided to Trans Union in the discovery process.

10. The attached **Exhibit 5** is a true and accurate copy of an affidavit filed by my wife in support of my opposition to the motion for summary judgment filed by Trans Union.

11. The attached **Exhibit 6** is a true and accurate copy of my driver's license and passport.

12. My signature contained on Exhibit A of my wife's affidavit is genuine.

12. As a result of the derogatory reporting of the KeyBank tradeline by Trans Union I was denied credit and was forced to pay higher monthly payments on my principle mortgage for several months until Trans Union finally removed the account from my credit file.

State of Rhode Island, etc.
County of
Providence

Ovidio De Andrade

**Ovidio De Andrade**

In Pawtucket on the 9th day of June 2006 before me personally appeared Ovidio A. De Andrade to me known and known by me to be the party executing the foregoing instrument, and she acknowledged said instrument by her executed, to be her free act and deed.

Notary Public