# Exhibit 1

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

**OVIDIO DEANDRADE and**
**BARBARA DEANDRADE,**
**Plaintiffs,**

**v.**

**C.A. No. 03-4362**

**KEY BANK, USA,**
**Defendant**

## AFFIDAVIT

I, Linda A. Barletta, of 63 Victor Avenue, in the town of Johnston, State of Rhode Island upon oath hereby depose and state as follows:

1. I have reviewed the declaration from the Rhode Island Secretary of States office dated April 20, 2005 regarding the status of my notary privelages.

2. I am not in a position to refute the conclusion that my Rhode Island notary commission expired on April 8, 2001.

3. That at my recent deposition I indicated that I may have sent a check to renew my notary license. Upon further reflection, I realize that statement was incorrect. I inadvertently failed to send in both a renewal check and application to continue my notary commission. Accordingly, my notary commission did expire on April 8, 2001.

4. On August 22, 2001, I was legally unable to administer and fulfill my duties as a notary in relation to the witnessing of the documents referenced in the above captioned lawsuit.

[signature]

Linda A. Barletta
63 Victor Avenue
Johnston, RI 02919

Subscribed and sworn to before me at Johnston County of Providence and State of Rhode Island on this 2nd day of May, 2005.

[signature]

Notary Public
My Commission Expires on: 4/-6-07
Gregory J. Acciardo

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
*Office of the Secretary of State*

**Matthew A. Brown**
*Secretary of State*

*The Office of the Secretary of State of the State of Rhode Island and Providence Plantations, HEREBY CERTIFIES that this office does not have on file the name of **Linda A. Barletta** as Notary Public in and for the State of Rhode Island and Providence Plantations; and*

*IT IS FURTHER CERTIFIED that a search of records has not revealed any evidence of **Linda A. Barletta** being commissioned as a Notary Public in and for the State of Rhode Island and Providence Plantations between the dates **April 8, 2001** to the present.*

*SIGNED AND SEALED this 20th. day of April 2005.*

*Secretary of State*

*By* ______________________________

*Duly Authorized Agent*
*Office of the Secretary of State*
*Notary Division*