# Exhibit 3

PRIORITY Mortgage Solutions, Inc.
14 Hayward Street
Cranston, RI 02910
401-223-0700
fax 401-223-4455
www.priority123.com

TO: Chris

FROM: John

FAX #: 728-6534

RE: 1st Two Pages of DeAndrade Report

PAGES(including cover): 3

EFX + TU still reporting "Rolling" 120 Day Late on Key Bank Mortgage. Look at his scores w/ EFX & TU (669 + 596) compared to the 700+ score w/ XPN which does not report this "Serious Delinquency."

It appears to be the only account in his name that has any serious delinquency at all.

Call w/ Questions.

Thanks!

John T.

FROM : FAX NO. : Nov. 30 2004 01:12PM P7

INFO

| REGIONAL OFFICE: | LandAmerica<br>2110 SMITHTOWN AVE<br>SUITE 4<br>RONKONKOMA, NY 11779<br>(631)585-1924 FAX: (631)585-0096 | | |
|---|---|---|---|
| FOR: | PRIORITY MORTGAGE SOLUTIONS IN<br>14 HAYWOOD STREET<br>CRANSTON, RI 02910 | INFILE EFX/TRW/TU<br><br>TOTAL | $18.50<br><br>$18.50 |

06-PT77716 PAGE 2 OF 12

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| 06-8654865 | 11/29/04 | john | DEANDRADE | | 11/29/04 | |

| Repositories | Infile Date | Property Address: |
|---|---|---|
| EFX/TUC/XPN | 11/29/04 | |

| APPLICANT | | SPOUSE |
|---|---|---|
| DEANDRADE, OVIDIO | NAME | DEANDRADE, BARBARA |
| 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 AGE:51 | SSN/DOB | 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 AGE:59 |

For: ANDRADE, OVIDIO A 019729244
Experian Fair Isaac Version 2: 685
COMMENTS: 10 Revolving balance to credit limit ratio too high
08 Too many inquiries last 12 months
06 Too many consumer finance accounts
14 Accounts too new

For: ANDRADE, BARBARA A 015345119
Experian Fair Isaac Version 2: 648
COMMENTS: 39 Serious delinquency
10 Revolving balance to credit limit ratio too high
18 Number of delinquent accounts
14 Accounts too new

THE SCORE RANGE FOR THE MODELS USED TO SCORE YOUR CREDIT IS 300 - 850

CREDIT HISTORY

| [illegible] | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status: Balance Owing | Present Status: Past Due Amount | Date of Last Payment | Terms | Historical Status: Mos Rev | 30+ | 60+ | 90+ | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CITIMORTGAGE INC<br>5770023505944<br>FANNIE MAE ACCOUNT<br>REAL ESTATE MORTGAGE<br>FANNIE MAE ACCOUNT<br>ACCOUNT TRANSFERRED OR SOLD | EFX-2/TUC-2/XPN-1<br>10/04A | 03/97 | 91150 | 83106 | 0 | 10/04 | $982X360 | 41 | 0 | 0 | 0 | M-1 |
| 1 | KEYBANK N.A.<br>3211015347599 | EFX-1/TUC-1<br>10/04* | 08/01 | 12186 | 13469 | 1823 | 05/03 | $121 | 39 | 2 | 0 | 12 | *<br>M-5 |
| | PRIOR ADVERSE RATINGS: 09/04-5, 08/04-5, 07/04-5, 06/04-5, 05/04-5, 04/04-5, 03/04-5, 02/04-5, 01/04-5, 12/03-5, 11/03-4, 10/03-4, 09/03-2, 08/03-2 | | | | | | | | | | | | |
| 1 | CAPITAL 1 BK<br>529149189934<br>CREDIT CARD | EFX-2/TUC-2/XPN-1<br>11/04A | 04/01 | 8137 | 7503 | 0 | 11/04 | $10 | 44 | 0 | 0 | 0 | R-1 |
| 1 | CITIFINANCIAL RET<br>603259031207<br>CHARGE | EFX-1/TUC-1/XPN-1<br>10/04A | 06/03 | 6503 | 6603 | 0 | 10/04 | $166 | 18 | 0 | 0 | 0 | R-1 |

Repository Bureau certifies that Residential Mortgage Credit Reports meet the standards prescribed by Fannie Mae, Freddie Mac, HUD (FHA), VA and the Farmers Home Administration. This information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources [illegible] ... By accepting this report the inquirer has agreed to hold this information in [illegible]

FROM : FAX NO. : Nov. 30 2004 01:11PM P6

INFO1

REGIONAL OFFICE: LandAmerica
2110 SMITHTOWN AVE
SUITE 4
RONKONKOMA, NY 11779
(631)585-1924 FAX: (631)585-0096

FOR: PRIORITY MORTGAGE SOLUTIONS IN
14 HAYWOOD STREET
CRANSTON, RI 02910

| | | |
|---|---|---|
| INFILE EFX/TRW/TU | | $18.50 |
| | TOTAL | $18.50 |

06-PT77716

PAGE 1 OF 12

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| 06-8654865 | 11/29/04 | john | DEANDRADE | | 11/29/04 | |

| Repositories | Infile Date | Property Address: |
|---|---|---|
| EFX/TUC/XPN | 11/29/04 | |

| APPLICANT | | SPOUSE |
|---|---|---|
| DEANDRADE, OVIDIO | NAME | DEANDRADE, BARBARA |
| 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 AGE:51 | SSN/DOB | 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 AGE:59 |

Marital Status: DEPENDENTS (INCLUDING SELF): 0

Current Address: 10 WARWICK ST; EAST PROVIDENCE, RI 02914
Previous Address: [B] 10 WARWICK ST; EAST PROVIDENCE, RI 02914
Previous Address: [C] 10 WARWICK ST; EAST PROVIDENCE, RI 02914

********************************** TOTALS ***********************************

| | ITEMS | | ACCTS | BALANCES | PAYMENTS | PASTDUE |
|---|---|---|---|---|---|---|
| PUBLIC RECORDS: | 0 | INSTALLMENT: | 11 | $0 | $0 | $0 |
| INQUIRIES: | 2 | REVOLVING: | 24 | $14,944 | $231 | $0 |
| PAID AS AGREED: | 32 | REAL ESTATE: | 4 | $96,575 | $1,103 | $1,823 |
| NOW DELINQUENT: | 6 | OTHER: | 0 | $0 | $0 | $0 |
| ALL DELINQUENT: | 8 | TOTAL: | 39 | $111,519 | $1,334 | $1,823 |

Revolving Credit Available: 56% of $34,187

*************************** RISK SCORING RESULTS *****************************

For: DEANDRADE, OVIDIO A 019729244
Equifax Beacon 5.0: 666
COMMENTS: 39 Serious delinquency
10 Revolving balance to credit limit ratio too high
13 Recent delinquencies
8 Too many inquiries last 12 months

For: ANDRADE, BARBARA A 015345119
Equifax Beacon 5.0: 644
COMMENTS: 39 Serious delinquency
10 Revolving balance to credit limit ratio too high
13 Recent delinquencies
18 Number of delinquent accounts

For: DEANDRADE, OVIDIO A 019729244
Trans Union Empirica 98: 596
COMMENTS: 039 Serious delinquency
013 Recent delinquencies
021 Amount past due on accounts
002 Too many delinquencies

For: DEANDRADE, BARBARA A 015345119
Trans Union Empirica 98: 661
COMMENTS: 039 Serious delinquency
010 Revolving balance to credit limit ratio too high
018 Number of delinquent accounts
002 Too many delinquencies

Reporting bureau certifies that Residential Mortgage Credit Reports meet the standards prescribed by Fannie Mae, Freddie Mac, HUD (FHA), VA and the Farmers Home Administration. This information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. By accepting this report the inquirer has agreed to hold this information in strict confidence and to indemnify the reporting bureau for any damage arising from the use of this information.

FROM : FAX NO. : Dec. 15 2004 02:07PM P3

**INFO**

REGIONAL OFFICE: LandAmerica
2110 SMITHTOWN AVE
SUITE 4
RONKONKOMA, NY 11779
(631)585-1924 FAX: (631)585-0096

FOR: PRIORITY MORTGAGE SOLUTIONS IN — INFILE EFX/TRW/TU — $18.50
14 HAYWOOD STREET
CRANSTON, RI 02910 — TOTAL — $18.50

06-PT77716 — PAGE 2 OF 12

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| 06-8726592 | 12/15/04 | john | DEANDRADE | | 12/15/04 | |

| Repositories | Infile Date | Property Address: |
|---|---|---|
| EFX/TUC/XPN | 12/15/04 | |

| APPLICANT | NAME / SSN/DOB | SPOUSE |
|---|---|---|
| DEANDRADE, OVIDIO<br>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 AGE:51 | | DEANDRADE, BARBARA<br>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 AGE:59 |

For: ANDRADE, OVIDIO A 019729244
Experian Fair Isaac Version 2: 707
COMMENTS: 10 Revolving balance to credit limit ratio too high
12 Revolving accounts too new
08 Too many inquiries last 12 months
01 Account balances too high

For: ANDRADE, BARBARA A 015345119
Experian Fair Isaac Version 2: 648
COMMENTS: 39 Serious delinquency
10 Revolving balance to credit limit ratio too high
18 Number of delinquent accounts
14 Accounts too new

THE SCORE RANGE FOR THE MODELS USED TO SCORE YOUR CREDIT IS 300 - 850

## CREDIT HISTORY

| Whose | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Balance Owing | Past Due Amount | Date of Last Payment | Terms | Mos Rev | 30 | 60 | 90+ | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CITIMORTGAGE INC | EFX-2/TUC-2/XPN-1 | | | | | | | | | | | |
| | 5770023505944 | 11/04A | 03/97 | 91150 | 82991 | 0 | 11/04 | $1099X360 | 42 | 0 | 0 | 0 | M-1 |
| | FANNIE MAE ACCOUNT<br>REAL ESTATE MORTGAGE<br>FANNIE MAE ACCOUNT<br>ACCOUNT TRANSFERRED OR SOLD<br>DATE CLOSED: 04/03 | | | | | | | | | | | | |
| | KEY NA | EFX-1/TUC-1 | | | | | | | | | | | * |
| 1 | 3211015347599 | 12/04* | 08/01 | 12186 | 13571 | 1823 | 05/03 | $121 | 39 | 2 | 0 | 14 | M-5 |
| | PRIOR ADVERSE RATINGS: 11/04-5, 10/04-5, 09/04-5, 08/04-5, 07/04-5, 06/04-5, 05/04-5, 04/04-5, 03/04-5, 02/04-5, 01/04-5, 12/03-5, 11/03-4, 10/03-4, 09/03-2, 08/03-2<br>HOME IMPROVEMENT LOAN | | | | | | | | | | | | |
| | CAPITAL 1 BK | EFX-2/TUC-2/XPN-2 | | | | | | | | | | | |
| 1 | 529149189934 | 12/04A | 04/01 | 8137 | 7345 | 0 | 12/04 | $10 | 45 | 0 | 0 | 0 | R-1 |
| | CREDIT CARD | | | | | | | | | | | | |
| | CITIFINANCIAL RET | EFX-1/TUC-1/XPN-1 | | | | | | | | | | | |
| 1 | 603259031207 | 11/04A | 06/03 | 6503 | 6403 | 0 | 11/04 | $166 | 19 | 0 | 0 | 0 | R-1 |
| | CHARGE | | | | | | | | | | | | |

(5) ⇒ 120 DAYS LATE

Reporting agency certifies that Residential Mortgage Credit Reports meet the standards prescribed by Fannie Mae, Freddie Mac, HUD (FHA), VA and the Farmers Home Administration. This information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. By accepting this report the inquirer has agreed to hold this information in strict confidence and to indemnify the reporting bureau for any damage arising from the use of this information.

FROM : FAX NO. : Dec. 15 2004 02:08PM P2

INFO1

REGIONAL OFFICE: LandAmerica
2110 SMITHTOWN AVE
SUITE 4
RONKONKOMA, NY 11779
(631)585-1924 FAX: (631)585-0096

FOR: PRIORITY MORTGAGE SOLUTIONS IN
14 HAYWOOD STREET
CRANSTON, RI 02910

| | |
|---|---|
| INFILE EFX/TRW/TU | $18.50 |
| TOTAL | $18.50 |

PAGE 1 OF 12

06-PT77716

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| 06-8726592 | 12/15/04 | john | DEANDRADE | | 12/15/04 | |

| Repositories | Infile Date | Property Address: |
|---|---|---|
| EFX/TUC/XPN | 12/15/04 | |

| APPLICANT | | SPOUSE |
|---|---|---|
| DEANDRADE, OVIDIO | NAME | DEANDRADE, BARBARA |
| 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 AGE:51 | SSN/DOB | 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 AGE:59 |
| Marital Status: | DEPENDENTS (INCLUDING SELF): | 0 |

Current Address: 10 WARWICK ST; EAST PROVIDENCE, RI 02914
Previous Address: [B] 10 WARWICK ST; EAST PROVIDENCE, RI 02914
Previous Address: [C] 10 WARWICK ST; EAST PROVIDENCE, RI 02914

********************************** TOTALS **********************************

| | ITEMS | | ACCTS | BALANCES | PAYMENTS | PASTDUE |
|---|---|---|---|---|---|---|
| PUBLIC RECORDS: | 0 | INSTALLMENT: | 11 | $0 | $0 | $0 |
| INQUIRIES: | 6 | REVOLVING: | 24 | $14,540 | $231 | $0 |
| PAID AS AGREED: | 32 | REAL ESTATE: | 4 | $96,562 | $1,220 | $1,823 |
| NOW DELINQUENT: | 6 | OTHER: | 0 | $0 | $0 | $0 |
| ALL DELINQUENT: | 8 | TOTAL: | 39 | $111,102 | $1,451 | $1,823 |

Revolving Credit Available: 70% of $49,187

*************************** RISK SCORING RESULTS ***************************

For: DEANDRADE, OVIDIO A 019729244
Equifax Beacon 5.0: 669
COMMENTS: 39 Serious delinquency
10 Revolving balance to credit limit ratio too high
8 Too many inquiries last 12 months
12 Revolving accounts too new

For: ANDRADE, BARBARA A 015345119
Equifax Beacon 5.0: 653
COMMENTS: 39 Serious delinquency
10 Revolving balance to credit limit ratio too high
13 Recent delinquencies
14 Accounts too new

For: DEANDRADE, OVIDIO A 019729244
Trans Union Empirica 98: 596
COMMENTS: 039 Serious delinquency
013 Recent delinquencies
021 Amount past due on accounts
002 Too many delinquencies

For: DEANDRADE, BARBARA A 015345119
Trans Union Empirica 98: 661
COMMENTS: 039 Serious delinquency
010 Revolving balance to credit limit ratio too high
018 Number of delinquent accounts
002 Too many delinquencies

Reporting bureau certifies that Residential Mortgage Credit Reports meet the standards prescribed by Fannie Mae, Freddie Mac, HUD (FHA), VA and the Farmers Home Administration. This information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. By accepting this report the inquirer has agreed to hold this information in strict confidence and to indemnify the reporting bureau for any damage arising from the use of this information.

FROM : FAX NO. : Dec. 17 2004 05:01PM P2

# STATEMENT OF CREDIT DENIAL, TERMINATION, OR CHANGE

Applicants: OVIDIO DEANDRADE
BARBARA DEANDRADE
70 WARWICK ST.
East Providence, RI 02914

Loan Amount: $ 120,000
Interest Rate: 6.500 %
Term: 360 months

1. In compliance with Regulation 'B' (Equal Credit Opportunity Act), you are advised that your recent application for an extension or renewal of credit has been declined. The decision to deny your application was based on the following reason(s):

A. CREDIT
- [ ] No Credit File
- [ ] Insufficient Credit Reference
- [ ] Insufficient Credit File
- [ ] Unable to Verify Credit References
- [ ] Garnishment, Attachment, Foreclosure, Reposession or Suit
- [ ] Excessive Obligations
  - [ ] Insufficient Income for Total Obligations
  - [x] Unacceptable Payment Record on Previous Mortgage
  - [ ] Lack of Cash Reserves
- [x] Delinquent Credit Obligations
- [ ] Bankruptcy
- [ ] Information From a Consumer Reporting Agency

B. EMPLOYMENT STATUS
- [ ] Unable to Verify Employment
- [ ] Length of Employment
- [ ] Temporary or Irregular Employment, Insufficient Stability of Income

C. INCOME
- [ ] Insufficient Income for Mortgage Payments
- [ ] Unable to Verify Income

D. RESIDENCY
- [ ] Temporary Residence
- [ ] Too Short a Period of Residence
- [ ] Unable to Verify Residence

E. INSURANCE, GUARANTY or PURCHASE DENIED BY:
- [ ] Department of Housing and Urban Development
- [ ] Department of Veterans Affairs
- [ ] Federal National Mortgage Association
- [ ] Federal Home Loan Mortgage Corporation
- [ ]

F. OTHER
- [ ] Insufficient Funds to Close the Loan
- [ ] Credit Application Incomplete
- [ ] Inadequate Collateral
  - [ ] Unacceptable Property
  - [ ] Insufficient Data - Property
  - [ ] Unacceptable Appraisal
  - [ ] Unacceptable Leasehold Estate
- [ ] We do not grant credit to any applicant on the terms and conditions you have requested.
- [ ] Withdrawn by Applicant
- [ ]
- [ ]

2. Disclosure of use of information obtained from an outside source. This section should be completed if the credit decision was based in whole or in part on information that has been obtained from an outside source.

- [x] Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.
  Name : TRANS UNION
  Address : 2 BALDWIN PLACE CHESTER, PA 19022
  (Toll Free) Telephone number : 800-888-4213
- [ ] Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive his notice, for disclosure of the nature of this information.

If you have any questions regarding this notice, you should contact:

PRIORITY MORTGAGE SOLUTIONS, INC
14 HAYWARD ST CRANSTON, RI 02910
401-223-0700

(✓) INFO ALSO OBTAINED FROM EQUIFAX CONCURRING WITH INFO RECEIVED FROM TRANS UNION SHOWS YOUR MORTGAGE WITH KEY BANK IS CURRENTLY 120 DAYS BEHIND AND HAS HAD SEVERAL LATE PAYMENTS.

## NOTICE

3. The Federal Equal Credit Opportunity Act prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning this creditor is:

The Federal Trade Commission
6th & Pennsylvania Ave, NW
Washington, DC 20580

4. Should you have any additional information which might assist us in evaluating your creditworthiness, please let us know. Thank you for applying.

5. This notification is given by us on behalf of PRIORITY MORTGAGE SOLUTIONS, INC
14 HAYWARD ST
CRANSTON, RI 02910
401-223-0700

Notice Mailed on

By: [signature]
JOHN TEIXEIRA

Calyx Form Scdlc.hp 9/03

File No. DEANDRADE

**PRIORITY Mortgage Solutions, Inc.**
*A Licensed Mortgage Broker Since 1999*
14 Hayward Street
Cranston, RI 02910
401/223-0700
Fax 401/223-4455
www.Priority123.com

January 19, 2005

TO: Attorney Christopher Lefebvre

FR: John Teixeira

RE: New Mortgage Requested By Ovidio & Barbara DeAndrade

This is a response to your request for additional information on the November 30, 2004 request for a new consolidation mortgage for the above referenced clients of this company. On that date, Mr. & Mrs. DeAndrade applied for a new first mortgage in order to consolidate all of their outstanding debts into one mortgage loan. I created an application on their behalf and submitted their loan request, via the Fannie Mae Desktop Originator System, to First Horizon Home Loan Corporation, a lender that participates in the Fannie Mae mortgage program.

At that time, I had requested approval at a market rate of 6.50% consistent with the 30 year fixed mortgage rates offered competitively at that time. The benefits to the client should this loan request have been approved would have been numerous. First, the client informed me that the rate on their current first mortgage was approximately 7.50%. Secondly, they would also be consolidating several other credit accounts all with interest rates above 6.50% and with no potential tax deductibility of the interest paid. Finally, this new loan would have consolidated six current payments into one easy payment and saved the client approximately $200.00-$300.00 per month based on the minimum payments shown on their credit report.

However, the client's loan request was denied. The recommendation from the Fannie Mae Desktop Originator System, following an evaluation of the application and the client's joint credit report was **"Refer With Caution/Level IV"** (Level 4). This rendered the loan application ineligible for delivery to Fannie Mae and thus non-approvable by the participating lender. It is my opinion that this would have been the result if I had submitted this request to any number of Fannie Mae or Freddie Mac participating lenders, the lenders offering the lowest and most competitive mortgage interest rates.

The reason given by the origination system for this ineligible recommendation was the following: **"Desktop Underwriter has identified a mortgage tradeline on the credit report, or a mortgage listed on the loan application, that is currently past due by at least two payments. This loan is ineligible for delivery to Fannie Mae."** This finding referred to a second mortgage held by Key Bank and reported on a tri-merged credit report as belonging to the Primary Borrower, Mr. Ovidio DeAndrade. That credit report indicated that the Key Bank mortgage was 120 days behind as of October 2004 with numerous other late payments associated with this account. The reporting of this account and its derogatory payment information clearly caused the decline of this request based on the stated findings listed above. It should be noted that only two of the three credit bureaus were reporting the mortgage in question on their respective reports, Equifax and Transunion. Experian did not report this mortgage.

It should also be noted that Transunion reported a FICO credit score for Mr. DeAndrade well below that score reported by Experian, 596 versus 685. It is likely that the Key Bank mortgage derogatory information reported by Transunion accounted for a major portion of that large discrepancy. Equifax also reported a lower FICO score than did Experian by 19 points. Although Fannie Mae and Freddie Mac do not rely specifically on FICO scoring for loan application decisions, some participating banks and lenders do utilize FICO scores to make pricing and/or rate adjustments. FICO scoring also remains a widely used component in all sorts of decision making models including credit cards, auto loans, insurance, etc.

It is my opinion, backed by 10 years of experience in banking and mortgage lending, that, if not for the Key Bank account listed as belonging to the Primary Borrower, Mr. DeAndrade, and the derogatory information reported on that account by Equifax and Transunion, this loan application would have been easily approved. The loan-to-value (LTV) was just over 50% and the debt-to-income (DTI), also known as Total Expense Ratio, was under 30%, both highly favorable factors in evaluating a loan application. The amount of cash back to the client following the payment of all other debts was also estimated to be under 3% of the requested loan amount. This, too, is typically viewed as a strength of an application.

Other loan programs may have been available to these clients. However, given the major importance placed on mortgage payment history by virtually every mortgage lender in the "A" paper mortgage marketplace, it is also my opinion that none would have offered them the low rate and fixed term that they likely would have qualified for with an approval of this application.

Please feel free to call on me should you require any additional information.

John Teixeira
401/223-0700