**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OVIDIO A. DEANDRADE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 04-534-S |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC | ) | |
| | ) | |

**MOTION TO FILE EXHIBIT OUT OF TIME**

Now comes the Plaintiff in the above entitled matter and requests that the Court allow her to file the attached Exhibit out of time. A memorandum in support of said motion is attached.

**WHEREFORE,** Plaintiff prays that his motion be granted.

Respectfully submitted;

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax
Bar# 4019

**CERTIFICATION**

I, the undersigned, do hereby certify that on the 13th day of June 2006, a true and accurate copy of within was mailed to:

Bruce S. Luckman
Timothy P. Creech
TRICHON, KOGAN,
& WERTHEIMER, P.C.
1818 Market St. 30th Floor
Philadelphia, PA 19103

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OVIDIO A. DEANDRADE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 04-534-S |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC | ) | |
| | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO FILE EXHIBIT OUT OF TIME**

Now comes the Plaintiff in the above entitled matter and states the following in support of his Motion to File Exhibit Out of Time:

1. On June 12, 2006 the Plaintiff filed his detailed objection and memorandum in support of his opposition to the Motion for Summary Judgement previously filed by Trans Union.

2. Included with the Plaintiff's opposition was a detailed affidavit filed by the Plaintiff. This affidavit included a separate exhibit which referenced an affidavit filed by the Plaintiff's spouse which is the subject of this present Motion for Leave to File Exhibit Out of Time.

3. The Plaintiff's spouse was scheduled to appear at the office of the undersigned to execute the above referenced affidavit so it could be filed in a timely fashion.

4. Due to scheduling conflicts with her personal employment she was unable to execute the document in a timely fashion despite her assurances to the contrary. The affiant appeared promptly on today's date to execute her affidavit.

5. The affidavit contains critical facts to substantiate the Plaintiff's opposition to the Motion for Summary Judgement.

6. The granting of the instant request will not be prejudicial to the Defendant.

7. The Plaintiff will be prejudiced if the Court does not allow the affidavit to be filed.

Respectfully submitted,

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax
Bar# 4019

**CERTIFICATION**

I, the undersigned, do hereby certify that on the 13th day of June 2006, a true and accurate copy of within was mailed to:

Bruce S. Luckman
Timothy P. Creech
TRICHON, KOGAN,
& WERTHEIMER, P.C.
1818 Market St. 30th Floor
Philadelphia, PA 19103