**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **OVIDIO A. DEANDRADE,** | ) | |
| **Plaintiff,** | ) | **CIVIL NO. 04-534-S** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRANS UNION, LLC,** | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF BARABARA DEANDRADE**

I ,Barbra A. Andrade, the wife of the Plaintiff in the above entitled matter, upon oath hereby depose and state as follows:

1. I am filing this affidavit to support my husband's claim opposing the request of Trans Union for summary judgement in this Federal Court lawsuit. I have personal knowledge of all the facts and circumstances surrounding the fraudulent mortgage placed on my home and that of my husband as outlined in the State of Rhode Island Superior Court lawsuit filed against KeyBank

2. I am also known as Barbara DeAndrade. I very rarely ever sign my name as DeAndrade.

3. I was referred to attorney Lefebvre by attorney Robert Brady of East Providence. Attorney Brady was handling a workers compensation claim and during one of our meeting I explained the difficulty I was having getting copies of certain documentation from Nescor regarding windows that were installed on my home. I explained to attorney Brady the scenario regarding the payoff of the Conseco loan as referenced in my Superior Court complaint and he suggested that I speak to a consumer attorney, Christopher Lefebvre.

3. I have reviewed the letter dated July 16, 2004 sent by my attorney to Trans Union and the accompanying Rhode Island Superior Court Amended Complaint and Exhibits A -F attached thereto

totaling 49 pages which has been referenced by Trans Union in it's memorandum in this case.

2. I authorized my attorney to send the above referenced letter to Trans Union. The Amended Complaint attached to the letter is a true and accurate copy of the document which I authorized to be filed in the Rhode Island Superior Court. The allegations contained in the Amended Complaint are true and accurate to the best of my knowledge and belief.

3. The signatures on the Mortgage, Truth In Lending Disclosure, and the Affidavit Of Identity which are attached as Exhibit E to the Amended Complaint are all forgeries. The signatures purporting to be mine on each of the documents referenced above are not genuine.

4. I never authorized Nescor, it's agents or any individual at KeyBank to sign my name to any document most especially documentation placing a mortgage lien in favor of KeyBank on my residence.

5. I never appeared before any notary on August 21, 2002 to sign a mortgage document or any other document for that matter in relation to a transaction with KeyBank.

6. The attached **Exhibit A** is a true and accurate copy of the work order signed by me dated July, 21, 2001 at the request of NESCOR. I signed this document in the ordinary manner in which I sign virtually all documents, utilizing the name Andrade.

7. The attached **Exhibit B** is a true and accurate copy of my social security card and driver's license verifying my signature.

State of Rhode Island, etc.
County of
Providence

Barbara A. Andrade

**Barbara A. Andrade**

In Pawtucket on the 13th day of June 2006 before me personally appeared Barbara A. Andrade to me known and known by me to be the party executing the foregoing instrument, and she acknowledged said instrument by her executed, to be her free act and deed.

Notary Public