# Exhibit A

07/30/2001 15:33 4137371767 PAGE 03
05/09/2000 20:56 FAX @01

Measure Set for Mon 7/23 10 [illegible]

RI **NESCOR, INC.** RI License #15636 120 Lavan St. Warwick, RI 02888 (R.I. Better Business Bureau Bldg.)

**CORPORATE OFFICE** RI 148 Doty Circle W. Springfield, MA 01089

1-888-NESCOR-1 1-888-637-2671
401-724-8740
www.888nescor1.com

Submitted To: Ovindio + Barbra Deandrade
[illegible] Warwick Street
East Providence RI 02914

PHONE (401) 431-1723 | DATE 7/21/01

JOB NAME Deandrade
JOB LOCATION East Providence
ESTIMATOR J. Irons

We hereby submit specifications and estimates for work to be performed and materials to be used:
Remove 14 double hung windows and one casement window. Repair &/or replace any unstructural wood. Install 10 double hung Nescor Heatshield 19 windows, 2 2 lite sliders and one hopper w/fusion welded corners insulated frame & sashes, w/an memory screen. Wrap exterior trim w/PC vinyl aluminum. Provide lifetime warranty against product and workmanship defects w/o 50 yr. Transferable warranty to any new owner. This offer is in lieu of any other and subject to company approval

Construction related permits: Do not dis:

WORK SCHEDULE: [illegible] 5/1/01 [illegible] 7/21/01 [illegible]

We Propose hereby to furnish material and labor - complete in accordance with above specifications, for the sum of:
Eleven Thousand Nine Hundred Thirty One dollars ($ 11,931 )

Payment to be made as follows:
2 % $ 238.62 ) upon signing contract;
____ % ($ ____ ) upon completion of ____;
____ % ($ ____ ) upon completion of ____;
____ % ($ 11692.38 ) shall be made forthwith upon completion of work under this contract.

CONTRACTOR:
NESCOR, INC.
BY: Jeffrey J. Irons
Name of Salesman
[signature]
Authorized Signature

**Acceptance of Proposal:** I have read both sides of this document and accept the prices, specifications and conditions stated. I understand that upon signing, this proposal becomes a binding contract. You are authorized to do the work as specified. Payment will be made as outlined above.

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. CANCELLATION MUST BE DONE IN WRITING. SEE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

DO NOT SIGN THIS CONTRACT IF THERE ARE ANY BLANK SPACES.

Signature [signature] Signature [signature]
Date 7/21/01 Date 7/21/01

07/30/2001 MON 16:34 [TX/RX NO 7297] @003