**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OVIDIO A. DEANDRE,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC;<br>EQUIFAX INFO. SERVICES, LLC; and<br>KEYBANK USA;<br><br>Defendants. | ) | C.A. No: 04-534-S |

**TRANS UNION LLC'S LOCAL RULE OPPOSITION TO PLAINTIFF'S ADDITIONAL STATEMENT OF UNDISPUTED MATERIAL FACTS**

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, submits Opposition to Plaintiff's unsupported and improper Additional Undisputed Facts:

**GENERAL OBJECTION AND RESPONSE:**

**Plaintiff's Additional Undisputed Material Facts are each unsupported and improper because, in violation of Local Rule 56(a)(2), none of the "Facts" identify the evidence which purportedly establishes the fact. Instead the "Facts" are largely attorney argument, erroneous and unfounded. Moreover, the "Facts" are not material because not one controverts the established fact that plaintiff ratified the Key Bank loan and therefore Trans Union's reporting was accurate. Subject to and incorporating the foregoing Objection and Response, Trans Union responds to the individual Additional Undisputed Facts as follows:**

1. The attached Exhibit A is a true and accurate copy of the letter and complaint that was sent to Trans Union and received by it prior to the filing of the instant Federal Court lawsuit.

**RESPONSE**: Admitted.

2. Trans Union did not forward a copy of the Amended Complaint and Exhibits reference in Exhibit A attached hereto, to KeyBank at anytime during it's reinvestigation of the Plaintiff's dispute.

**RESPONSE**: Admitted.

3. Trans Union did not inform KeyBank that Plaintiff had filed a lawsuit challenging the validity of the underlying KeyBank debt and was alleging that the mortgage was fraudulently procured at anytime during it's reinvestigation of the Plaintiff's dispute.

**RESPONSE**: Denies plaintiff's characterization of Trans Union's communication with Key Bank. (See Little Declaration, paras. 5, 6 and 7 and Declaration Exhibit "C")

4. Trans Union relied exclusively on the information provided to it by KeyBank in response to it's ACDV in verifying that the KeyBank obligation belonged to Plaintiff.

**RESPONSE**: Denied. (See Little Declaration, paras. 4, 5, 6 and 7)

5. Trans Union continued to report the derogatory KeyBank disputed debt for at least 6 months after receiving Plaintiff's July 16, 2004 correspondence referenced above.

**RESPONSE**: Denied this is a "material fact" in the context of the pending motion and denies reporting inaccurate information in violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, et seq. (the "FCRA").

6. The investigation of the Plaintiff's dispute with KeyBank was handled in accordance with Trans Union's normal policies and procedures.

**RESPONSE**: Denies the characterization and denies this is a "material fact" in the context of the pending motion and further denies negligently or willfully violating the FCRA in connection with the reinvestigation of plaintiff's single dispute.

7. As part of Trans Union's automated dispute process, it took Plaintiff's 49 pages of documentation referenced in Exhibit A and reduced it to a 2 digit code informing KeyBank that the customer was complaining that the account "was not his".

**RESPONSE**: Denied. (See Little Declaration, paras. 5, 6 and 7 and Declaration Exhibit "C")

8. During it's reinvestigation of Plaintiff's dispute Trans Union made no attempts to contact the Plaintiff, his spouse, his attorney, a principle or agent of Nescor, or the notary that supposedly witnessed the mortgage documentation to obtain additional facts or for further verification of the allegations surrounding Plaintiff's dispute with KeyBank.

**RESPONSE**: Denied. See Little Declaration, para. 4 and Declaration Exhibit "B")

Respectfully submitted,

CONRAD M. CUTCLIFFE
KEVIN GLAVIN
CUTCLIFFE, GLAVIN & ARCHETTO
155 S. Main St., Suite 300
Providence, RI 02903-2963
(401) 454-1900; Fax: (401) 331-7001

*Of Counsel:*
Mark E. Kogan
Bruce S. Luckman
KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688
*Counsel for Defendant, Trans Union LLC*
DATED: June 29, 2006

# CERTIFICATION

I, the undersigned, hereby certify that on the 29th day of June, 2006, a copy of the within document was mailed to Christopher M. Lefebvre, Esquire, P.O. Box 479, Pawtucket, Rhode Island 02862.

KCG

Kevin C. Glavin, Esquire