FILED
JUN 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 26 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

OVIDIO A. DEANDRADE )
)
Plaintiff, ) CIVIL NO. 04-534-S
)
v. )
)
TRANS UNION, LLC )

**MOTION TO FILE EXHIBIT OUT OF TIME**

Now comes the Plaintiff in the above entitled matter and requests that the Court allow her to file the attached Exhibit out of time. A memorandum in support of said motion is attached.

**WHEREFORE,** Plaintiff prays that his motion be granted.

**Referred to U.S.M.J.** Martin
☐ **for findings & recommendations**
☐ **for determination**
☐ ______
**William E. Smith, District Judge**
**Date:** 6/23/06

Respectfully submitted;

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax
Bar# 4019

**CERTIFICATION**

I, the undersigned, do hereby certify that on the 13th day of June 2006, a true and accurate copy of within was mailed to:

Bruce S. Luckman
Timothy P. Creech
TRICHON, KOGAN,
& WERTHEIMER, P.C.
1818 Market St. 30th Floor
Philadelphia, PA 19103

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
July 17, 2006