UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OVIDIO A. DEANDRADE, Plaintiff, | : | |
| v. | : | CA 04-534 S |
| TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and KEYBANK USA; Defendants. | : | |

**ORDER**
**GRANTING MOTION TO STRIKE**
**AS ORALLY MODIFIED**

Before the Court is Plaintiff's Motion to Strike the Declaration of Eileen Little (Document ("Doc.") #36) ("Motion to Strike" or "Motion"). A hearing on the Motion was held on July 17, 2006. At the hearing, Plaintiff's counsel indicated that the Motion was directed only at the first and third sentences of ¶ 5[1] and the first clause of ¶ 6[2] of the Declaration of Eileen Little ("Little Decl.") dated May 10, 2006. The Court treats Plaintiff's counsel's statement as an oral modification of the Motion and grants the Motion as orally modified. Accordingly, the two sentences and clause to which Plaintiff's counsel voiced

---

[1] The first and third sentences of ¶ 5 of the Declaration of Eileen Little ("Little Decl.") are set forth below:

> Pursuant to Trans Union's investigation policy and procedures, the investigator would have thoroughly reviewed all attachments to the dispute to determine whether the consumer requested deletion was appropriate "per the documentation" supplied .... The content of the Amended Complaint and signed documents appear to validate the loan.

Little Decl. ¶ 5.

[2] The first clause of ¶ 6 of the Little Decl. states: "Because no documentation was supplied which showed that the Key Bank loan ought to be deleted ...." Id. ¶ 6.

oral objection at the July 17, 2006, hearing (identified in n.1 hereof) are stricken. The remainder of the Little Decl. stands.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
November 29, 2006

BY ORDER:

Deputy Clerk