**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **OVIDIO A. DEANDRADE** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AND KEY BANK, USA** | ) | **C.A. NO.: 04-534 S** |

**PLAINTIFF'S OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION**

Now comes Ovidio A. Deandrade, Plaintiff in the above entitled matter, and respectfully Objects to the Magistrate's Report and Recommendation filed November 29, 2006 recommending the granting of Defendant Trans Union LLC's ("Trans Union") Motion for Summary Judgment. A memorandum in support of said objection is hereby attached and incorporated hereto.

**WHEREFORE,** the Plaintiff prays that his Objection be sustained.

**Ovidio A. Deandrade**
**By his attorney,**

**/s/Christopher M. Lefebvre #4019**
**P.O. Box 479**
**Pawtucket, RI 02862**
**401-728-6060**

**CERTIFICATION**

I, hereby certify that on December 12, 2006, I electronically filed the within Objection with the Clerk of the District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Conrad M. Cutliffe, Esq., Kevin Glavin, Esq., Cutcliffe, Glavin & Archetto, 155 S. Main Street, Suite 300, Providence, RI 02903-2963 and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None

/s/Christopher M. Lefebvre