# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OVIDIO A. DEANDRE,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC;<br>EQUIFAX INFO. SERVICES, LLC; and<br>KEYBANK USA;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No: 04-534-S |

**TRANS UNION LLC'S RULE 26 INITIAL DISCLOSURES**

Trans Union, LLC ("Trans Union"), by and through its undersigned attorneys, hereby makes its initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1):

(A) Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

1. Plaintiff.

   (information concerning credit applications and disposition of such applications; communications between plaintiff and Trans Union; and communications between plaintiff and credit grantors.)

2. Eileen Little, Group Manager, Trans Union Consumer Relations, Crum Lynne, PA

   (information regarding Plaintiff's communications to Trans Union and the information contained in Plaintiff's consumer reports and consumer disclosures generated by Trans Union.)

3. Designated representatives of plaintiff's credit grantors, potential credit grantors and the furnishers of information on Plaintiff's Trans Union report.

   (information concerning applications and disposition of such applications; communications between credit grantors and defendant.)

(B) Documents, data compilations, and tangible things in Trans Union's possession, custody, or control that are relevant to disputed facts alleged with particularity in the pleadings:

- CRS Summary input screen
- 7/16/04 letter from Plaintiff's attorney received from Trans Union on 7/29/04
- 8/2/04 CRS Comments input screen
- 8/2/04 CRS Letter input screen; 8/3/04 letter from Trans Union sent to Plaintiff's attorney
- 7/29/04 CRS Automated Consumer Dispute Verification ("ACDV"); 8/2/04 CRS Dispute Line Item-Tradeline input screens re: Key Bank NA
- 8/11/04 CRS Corrected copy input screen; 8/11/04 Printout of information currently available in Trans Union's consumer relations database respecting Trans Union consumer file disclosure

(C) Computation of any category of damages claimed by Trans Union:

N/A.

(D) Insurance agreement(s) under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment:

Trans Union is self-insured.

CONRAD M. CUTCLIFFE
KEVIN GLAVIN
CUTCLIFFE, GLAVIN & ARCHETTO
155 S. Main St., Suite 300
Providence, RI 02903-2963
(401) 454-1900; Fax: (401) 331-7001

*Of Counsel:*

Mark E. Kogan
Bruce S. Luckman
Timothy P. Creech
TRICHON, KOGAN
& WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688

*Counsel for Defendant,*
*Trans Union LLC*

DATED: 2/3/05

CERTIFICATION

I, the undersigned, hereby certify that on the 3rd day of February, 2005, a copy of the within TransUnion LLC's Rule 26 Initial Disclosures was mailed to Christopher M. Lefebvre, Esquire, P.O. Box 479, Pawtucket, Rhode Island 02862.

Kevin C. Glavin, Esquire

Monday, August 2, 2004

FILE A

-------------------------

Information For Consumers

-------------------------

Data Furnisher: KEY BANK NA (B 273Q593)
Account Number: 3211-0153-4759-9

Disputes: A2: Not His/Hers. Provide Complete ID
A9: Disputes Present/Prev Acct Status, Pymt Hist Profile, Pymt Rating. Verify Pymt Hist Profile, Acct Status and Rating

Received On: Thursday, July 29, 2004
Via: Mail
Current Status: Request completed, credit report updated

Data Furnisher Response: Verified as reported
Ownership Verification Of: Address,Date of Birth,Name,SSN
Notes (DAVE): VAR 1 2 5 DOB/01
Corrected Copy Verbiage: Verified, No Change

--------------------------------

Information For Internal Use Only

--------------------------------

Dispute Processed On: Monday, August 2, 2004
At: 11:08:46 am
By: DON WAGNER (C4361)
At: Crum Lynne, PA

Original Disputes:

Response Processed On: Tuesday, August 10, 2004
At: 5:48:59 am
By: ACDV Phase3
At: Crum Lynne, PA

LOC. 03 TRANS UNION CORPORATION DATE: 08/10/04 TIME: 07:01

RPT-ID: KKAVB500-1 CONSUMER RELATIONS PAGE:15047

ACDV3 RESPONSES THAT WERE AUTO UPDATED

DEPT: P

CRIBER RESPONSE DATE: 08/09/04 CONTROL: 128695241 003 01 MA/SM: 0103 SUB LOC: 001

TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 08/25/04 DATE ENTERED: 08/03/04 DATE RECD: 07/29/04

| | VERF | SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA: |
|---|---|---|
| NAME: ANDRADE, OVIDIO A | (S) | NAME: |
| AKA: DEANDRADE,OVIDIO,A, | | AKA: |
| ADDR: 10 WARWICK ST 1<br>EAST PROVIDENCE, RI 02914 | (S) | ADDR: |
| PREV: 215 SUTTON AV<br>EAST PROVIDENCE, RI 02914 | (U) | PREV: |
| SSN: 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 | (S) | SSN: |
| DOB: 08/01/53 | (D) | DOB: 08/30/53 |
| PHONE: 000-431-1723 | (S) | PHONE: |

CONSUMER STATES COMMENTS: Not his/hers. Provide complete ID. Disputes present/prev Acct Status, Pymt Hist Profile, Pymt Rating. Verify Pymt Hist Profile, Acct Status and Rating.

| | SUBSCRIBER NAME / ACCOUNT NUMBER / TYPE LOAN | SUB.CODE / CREDIT LIMIT / COLLATERAL | OPENED / TERMS | VER'D | BAL.OWING / LAST PYMT / SP.COMMENTS/STATUS/REMARKS | PAST DUE / DT 1ST DEL | HIGH CRDT / CLOSED | PAYMENT HISTORY | TP.ACCT | MOP / ECOA |
|---|---|---|---|---|---|---|---|---|---|---|
| VERIFIED AS REPORTED: X | KEY BANK USA<br>3211015347599<br>HOME IMPROVEMENT | 273Q593 | 08/01<br>240M121 | 06/04 | $13054 | $1215<br>06/03 | $12186 | XX5555554422<br>111111111111<br>111111111111<br>1 | M | 05<br>I |

PAY PATTERN START DATE: 05/04

---

CHANGE DATA AS SHOWN : 08/04

RESPONSE CODES: 01 ACCOUNT INFORMATION ACCURATE AS OF DATE REPORTED

NSUMER MESSAGE:

THORIZED PHONE/NAME: 216-813-6058 - LYNDA GREGG

---

| | ACCT STATUS | PAYMENT RATING | SPECIAL COMMENT CD | COMPLIANCE CONDITION CD | CONSUMER INFORMATION IND | MOP CODE | REMARKS CODE |
|---|---|---|---|---|---|---|---|
| SENT | 82 | | | | | 05 | |
| RECEIVED | | | | | | 05 | |

| | FIRST NAME | MIDDLE NAME | LAST NAME | PREFIX SUFFIX | RESULT |
|---|---|---|---|---|---|
| VERIFICATION FLAGS | (S) | (S) | (D) | | (S) |