UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OVIDIO A. DEANDRADE<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, EQUIFAX INFO. SERVICES, LLC, and KEYBANK USA,<br><br>Defendants. | C.A. No. 04-534 S |

# ORDER

William E. Smith, United States District Judge.

The matter before the Court is the objection of Ovidio A. DeAndrade ("Plaintiff") to the Report and Recommendation of United States Magistrate Judge David L. Martin, filed on November 29, 2006, recommending that Trans Union LLC's ("Defendant") Motion for Summary Judgment be granted. During the hearing on the objection, Plaintiff's counsel argued, for the first time, that the disputed mortgage transaction had to comply with the disclosure requirements of the Federal Truth in Lending Act, 15 U.S.C. § 1601 et seq. However, because Plaintiff did not raise this issue before the magistrate judge, the argument is deemed waived. Paterson-Leitch Co. v. Mass. Mun. Wholesale Elec. Co., 840 F.2d 985, 990-91 (1st Cir. 1988) ("We hold categorically that an unsuccessful party is not entitled as of right to de novo review by the judge of an

argument never seasonably raised before the magistrate."); Borden v. Sec'y of Health & Human Servs., 836 F.2d 4, 6 (1st Cir. 1987) ("Parties must take before the magistrate, 'not only their "best shot" but all of their shots.'"); see also Fireman's Ins. Co. v. Todesca Equip. Co., 310 F.3d 32, 38 (1st Cir. 2002) (deeming waived an argument raised for the first time in an objection to a magistrate judge's report and recommendation).

The Report and Recommendation in the above-captioned matter is accepted pursuant to 28 U.S.C. 636(b)(1). Defendant's Motion for Summary Judgment is GRANTED.

It is so ordered.

WESmith

William E. Smith
United States District Judge

Date: 4/24/07