**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Ovidio A. Deandrade**
**Plaintiff**

**V.**

**Case Number: C.A. NO. 04-534S**

**Trans Union LLC, Equifax Info. Services, LLC, and Keybank USA**
**Defendants**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the defendant, Trans Union LLC against the Plaintiff, Ovidio A. Deandrade in accordance to this Court's Order dated April 24, 2007 accepting the Report and Recommendation of Magistrate Judge David L. Martin dated November 29, 2006 pursuant to Title 28 U.S.C. § 636 (b) (1) granting the defendant's Motion for Summary Judgment.**

**April 25, 2007**
**Date**

**Deputy Clerk**