**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **OVIDIO A. DEANDRADE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. 04-534 S** |
| | : | |
| **TRANS UNION, LLC;** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Ovidio A. DeAndrade hereby appeals to the United States Court of Appeals for the First Circuit from the Orders of the District Court entered on November 29, 2006 Report and Recommendations recommending that Trans Union's Motion for Summary Judgment be granted dismissing the Plaintiff's complaint and the Order and Judgment entered on April 25, 2007 granting Motion for Summary Judgment and all prior orders affecting the same.

Respectfully submitted,

/s/Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 4019

## CERTIFICATION

I hereby certify that on May 25, 2007, I electronically filed the within Notice of Appeal with the Clerk of the District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Conrad M. Cutcliffe, Esq., Kevin Glavin, Esq., Cutcliffe, Glavin & Archetto, 155 S. Main St., Suite 300, Providence, RI 02903-2963.

s/ Christopher M. Lefebvre