# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name DeAndrade v. TransUnion Corp. et al

District Court Case No. 04-534 District of Rhode Island

Date Notice of Appeal filed 5/25/2007 Court of Appeals Case No. 07-1844

Form filed on behalf of Plaintiff, DeAndrade

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ________

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ________

## TRANSCRIPT ORDER

Name of Court Reporter Anne Clayton

Phone Number of Reporter 255-2310

A. X **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify ) | |
| ☒ Other (specify) Civil hearing as to R&R dated 11/29/06 in ref. to Motion for Summary Judgment | Hrg date: 2/8/07 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. X **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☒ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Christopher Lefebvre Filer's Signature [signature]

Firm/Address Two Dexter St., P.O Box 479, Pawtucket, RI 02862

Telephone number 401-728-6060 Date mailed to court reporter 6/8/07

(Court Reporter Use ONLY) Date received ________

Form CA1-10 (6/12/06) **SEE INSTRUCTIONS ON REVERSE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **OVIDIO A. DEANDRADE** | ) | |
| **Plaintiff,** | ) | **CIVIL NO. 04-534-S** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRANS UNION, LLC,** | ) | |
| **Defendant.** | ) | |

**CERTIFICATION**

I, the undersigned, do hereby certify that on June 8, 2007, a copy of the Transcript Order was sent via the ECF System to:

Bruce S. Luckman
Timothy P. Creech
TRICHON, KOGAN,
& WERTHEIMER, P.C.
1818 Market St. 30th Floor
Philadelphia, PA 19103

Respectfully submmited;

/s/ Christopher M. Lefebvre
BBO #4019
P.O. Box 479
Pawtucket, RI 02862
Tel. (401) 728-6060
Fax. (401) 728-6534