CCA# 07-1844

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 29, 2007

JUL - 2 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RECEIVED
JUL 11 2007
Property of U.S. District Court
District of Rhode Island

RE: DeAndrade v. Trans Union, LLC
CA04-534S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

ENC: Certified Docket, Transcript dated 7/17/2006 and 2/8/2007

(68)