CA, 04-534
J. Smith
Papers to follow

# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 07-1844

OVIDIO A. DEANDRADE,

Plaintiff, Appellant,

v.

TRANS UNION LLC,

Defendant, Appellee.

---

**JUDGMENT**

Entered: April 15, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's summary judgment order is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Linda Barry
Deputy Clerk

Date: JUN 03 2008

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Cutcliffe, Mr. Curcio, Mr. Luckman, Mr. Perling, Mr. Creech, Mr. Ridlon, Ms. McRae, Mr. Techentin, Mr. Lefebvre, Mr. Glavin, & Mr. Kogan.