V. Smith
04 cv 534

# United States Court of Appeals
## For the First Circuit

No. 07-1844

OVIDIO A. DEANDRADE

Plaintiff - Appellant

v.

TRANS UNION LLC

Defendant - Appellee

EQUIFAX INFORMATION SERVICES LLC;
KEYBANK USA

Defendants

**TAXATION OF COSTS**

Entered: June 3, 2008
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of **Trans Union, LLC** are taxed as follows:

Reproduction of brief for Trans Union, LLC ...............$ 38.50

TOTAL ...............$ 38.50

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on **June 3, 2008.**

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Lewis P. Perling
Timothy P. Creech
Ian C. Ridlon
Mara McRae
Jeffrey K. Techentin
Christopher M. Lefebvre
Kevin C. Glavin
Mark E. Kogan
Conrad M. Cutcliffe
Paul V. Curcio
Bruce S. Luckman
David DiMarzio, Clerk,
United States District Court for the District of Rhode Island